AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Joseph Fisher
DOB: XXXXXX

Defendant(s)

)
)
)
)
)
)
)
)

Case: 1:23-mj-00066
Assigned to: Judge Meriweather, Robin M.
Assign Date: 3/27/2023
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____United States_____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 231(a)(3) - | Obstruction of Law Enforcement During Civil Disorder |
| 18 U.S.C. § 111(a)(1) - | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 U.S.C. § 1752(a)(1) - | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(4) - | Engaging in Physical violence in a Restricted Building or Grounds. |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. § 5104(e)(2)(F)- | Act of physical violence in the Capitol Grounds or Capitol Buildings |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, demonstrating, or picketing in any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____03/27/2023_____

_____
Judge's signature

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title