AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Joseph Fisher

*Defendant*

)
)  Case: 1:23-mj-00066
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 3/27/2023
)  Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph Fisher,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employee
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(F) - Act of physical violence in the Capitol Grounds or Capitol Buildings
40 U.S.C. § 5104(e)(2)(G) - Parading, demonstrating, or picketing in any of the Capitol Buildings

Date: 03/27/2023

_____ 2023.03.27
12:11:04 -04'00'
*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* 3/27/2023, and the person was arrested on *(date)* 3/30/2023
at *(city and state)* Plymouth, MA.

Date: 3/30/23

_____
*Arresting officer's signature*

Casey Biagiotti, Special Agent
*Printed name and title*