# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 23-mj-66 |
| v. | |
| **JOSEPH FISHER,** | |
|            Defendant. | |

## ORDER

This matter having come before the Court pursuant to a Consent Motion to Continue Status Hearing (Dkt. No. 18), and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the status hearing scheduled for August 10, 2023, is continued to September 26, 2023, at 1:00 PM before United States Magistrate Judge Moxila A. Upadhyaya; and it is further

ORDERED that the period of time between August 10, 2023, and September 26, 2023, shall be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED.**

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.08 08:53:41 -04'00'

Washington, D.C.  
August 8, 2023

HONORABLE G. MICHAEL HARVEY  
United States Magistrate Judge