UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 23-CR-305-RDM |
| **JOSEPH FISHER,** : | | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT AND MOTION
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and defense counsel for Joseph Fisher hereby jointly update the Court and request a virtual status hearing on December 1st, 4th, or 8th, and further move to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*—between September 26, 2023 and the date of the next hearing —on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

The parties jointly request a trial date for the week of June 24, 2023 or at the Court's convenience, and the government continues to provide discovery that defense counsel continues to review in determining the best path forward.

Government counsel notified the defense of the filing of this motion, and counsel joins in moving the Court to set the status hearing for December 1st, 4th, or 8th, and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between September 26, 2023, and the next status hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   _/s/ Shalin Nohria_
Shalin Nohria
Assistant United States Attorney
D.C. Bar No. 1644392
United States Attorney's Office
601 D St. NW, 6.713
Washington, D.C.,
202-344-5763
shalin.nohria@usdoj.gov