UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal No. 23-cr-00305-RDM |
| JOSEPH FISHER, | : | |
| Defendant. | : | |

ASSENTED-TO MOTION TO EXTEND TIME TO FILE
DEFENDANT'S SENTENCING MEMORANDUM

Defendant Joseph Fisher moves this Court, with the assent of the government, to extend the deadline for the Defendant's Sentencing Memorandum by one business day, from Friday, May 17, 2024 to Monday May 20, 2024. Sentencing is currently scheduled for Friday, May 24, 2024. Sentencing will be contested in this matter, both as to the guidelines calculation and the ultimate sentence under 18 U.S.C. § 3553(a).

In support thereof, undersigned counsel's obligations in other cases have required more attention than anticipated during the last week, limiting counsel's ability to complete the sentencing memorandum. In addition, counsel must address the government's guidelines objections, which raise legal issues counsel has not previously researched.

        Respectfully submitted,
        JOSEPH FISHER
        By his attorney,

        */s/ Joshua R. Hanye*
        Joshua R. Hanye
        MA B.B.O. No. 661686
        Joshua_Hanye@fd.org
        Federal Defender Office
        51 Sleeper Street
        Boston, MA  02210
        Tel: 617-223-8061

**Certificate of Service**

    I hereby certify that this document was sent electronically to those registered through ECF on November 30, 2023.

        */s/ Joshua R. Hanye*
        Joshua R. Hanye