UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Criminal No. 23-CR-305-RDM |
| | : | |
| JOSEPH FISHER, | : | |
| | : | |
| Defendant. | : | |

## **DEFENDANT'S SENTENCING MEMORANDUM**

## **EXHIBIT A**

## **LETTER OF JOSEPH FISHER**

May 17, 2024

Hon. Randolph D. Moss
U.S. District Court

Your Honor,

My name is Joseph R. Fisher. I am a defendant in your court awaiting sentencing for the crimes I committed on January 6, 2021. I am writing this letter to express to you my shame and embarrassment for the harm I caused that day.

I was a police officer in Boston for 20 years. Many times during my career I was assaulted and interfered with just for simply doing my job. On January 6th, I interfered with and assaulted another officer while he was simply doing his job. I never could have imagined putting another officer in harm's way, both physically and emotionally. Its something I am deeply ashamed of. It was wrong and unjust, and for that I apologize to the officer involved.

In addition to harming the officer, I know that my actions also harmed the country because of the effect the disorder had on the election process. I crossed the line from peaceful assembly to illegal behavior. My conduct on that day was simply unacceptable.

I know I need to make amends for my actions. I will have to live the rest of my life knowing I can't take back what I did. I can't change the past, meaning the only option I have is to accept the consequences and move forward. I pled guilty because I want to start to right my wrongs.

It is hard for me to live with the fact that there are serious consequences not just for me, but for my family. I will lose my disability pension while incarcerated, causing financial difficulties for my family. I have a rescue sanctuary for animals which will suffer in my absence. I will be leaving my beautiful wife and two children with responsibilities that should be mine.

I will need to make amends to  many people. Going forward I plan on reclaiming my life. I will continue to work hard on my sobriety. I will continue to participate in mental health counseling after my incarceration. I look forward to focusing on the thing that is most important to me- my family. I want to go back to being the positive member of society I was before January 6, 2021.

Thank you,

Joseph Fisher