UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                    :
        Plaintiff                   :
                                    :
v.                                  :    Criminal No. 23-CR-305-RDM
                                    :
JOSEPH FISHER,                      :
                                    :
        Defendant.                  :

**DEFENDANT'S SENTENCING MEMORANDUM**


**EXHIBIT B**

**POLICE COMMENDATIONS**

## BOSTON POLICE
DISTRICT E-13

CC# C000 60793

### RECOMMENDATION FOR COMMENDATION

DATE: March 14, 2000

| MEMBER BEING COMMENDED: | | | |
|---|---|---|---|
| Jospeh Fisher | Police Officer | 11204 | E-13 |
| Name | Rank | ID Number | District/Unit |

DESCRIBE THE INCIDENT AND COMMENDABLE ACTIONS TAKEN:

On February 2, 2000 at approximately 9:00 p.m., Officer's Frederick Allen and William Jones, assigned to the JK01F and Officers Fisher and Waters assigned to the J411F responded to Ennis and School St.'s Jamaica Plain regarding a Lojack signal on a stolen car. Officers' Allen and Jones alighted from their unit. Officer Jones proceeded ahead of Officer Allen, Fisher and Waters to ascertain if the stolen green Honda Accord was on Ennis St. Officer Jones observed the suspect motor vehicle parked with the engine running and the lights off. He stated he noticed the two occupants in the car observed him and attempted to shield the faces. Officer Jones, who had his Boston Police badge on his outer most garment identified himself and told them to exit the vehicle. The suspect driver, later identified as Pedro Velez, (black Hispanic male, d.o.b.           , 40 Kennilworth St. apt # 3, Roxbury) immediately accelerated at a high rate at Officer Jones who jumped out of the way of the oncoming vehicle. The vehicle operated by Pedro Velez continued down Ennis Rd. at a high rate of speed directly at Officer Allen and skidded to a stop. Pedro Velez then backed the car towards Officer Allen knocking him to the ground with such force that it knocked Officer Allen's firearm out of his hand. Pedro Velez then attempting to escape accelerated the vehicle again at Officer Allen and Fisher. Both Officers (Allen and Fisher) fearing for their lives discharged rounds from their department issued Glock 40 caliber handguns at the suspect, Pedro Velez in an attempt to stop him from causing death or serious bodily injury to the officers. The motor vehicle fled up School St. and skidded to a stop on Walnut Ave. Pedro Velez exited the driver's door and fled on foot into Franklin Park. Officers Fisher, Waters and Allen entered their units and drove up to the corner while Officer Jones ran on foot and observed a black female, identified as Coliscia Elwin, d.o.b.         , 22 Ennis St. sitting in the front passenger side of the green Honda Accord suffering from gunshot wounds to the right shoulder and right arm. Officer Jones immediately applied medical assistance to her.

Approximately twenty minutes later units from B-2 received information from witnesses at 67 Homestead St. that the suspect was bleeding from the shoulder and fled to Boston Medical center.

Officers from B-2 and the Youth Violence Strike Force responded to Boston Medical Center and placed suspect Pedro Velez under arrest. He received treatment for gunshot wounds to the right shoulder. He is being charged with Assault W/Intent to Murder, Assault and Battery Dangerous Weapon and receiving Stolen Motor Vehicle. He was also wanted on four default warrants from Boston juvenile Court:

1. B+E Nighttime for Felony
2. Receiving Stolen Property
3. B+E Nighttime for Felony
4. Possession of Burglarious Instruments.

Based upon the action of Officer's Frederick Allen, William Jones, Joseph Fisher and Sean Waters a violent fugitive was taken of the streets. The above named Officers showed courage, dedication to duty and a willingness to put their lives on the line for the citizens of Boston.

_Sgt/Det. Darrin P. [signature]_
Signature of Person Making Recommendation



To: Police Officer Joseph Fisher, ID# 11204

From: Captain Robert M. Flaherty
Commander, Area E13

Subject: Letter of Commendation

Date: April 13, 2000

This letter of commendation is in recognition of your outstanding service to the Boston Police Department, Area E13, on February 2, 2000 while performing a first half tour of duty.

The attached recommendation for Commendation (BPD Form 1645) submitted by Sgt. Det. Darrin Greeley states that you responded to Ennis and School St. in Jamaica Plain regarding a Lojack hit. You located the vehicle and it was occupied by 2 people. You commanded the occupants to turn off the vehicle and exit your commands were ignored. The vehicle drove at you and you had to use the force necessary to protect yourself. The vehicle was finally stopped and the suspect, operator, was arrested and a violent fugitive was taken off the streets.

You showed courage, dedication to duty, and a willingness to put your life on the line for the citizens of Jamaica Plain. For your professionalism and outstanding service you are hereby awarded one (1) Captain's day and this letter will be placed in your district file to remain part of your personnel record.

# Boston Police

RECOMMENDATION FOR COMMENDATION    PLEASE TYPE    Monday 8 July 2002
(READ FURTHER INSTRUCTIONS ON REVERSE SIDE)    Date

| MEMBER BEING COMMENDED: | | | |
|---|---|---|---|
| Fisher, Joseph | Police Officer | 11204 | J-13 |
| Name | Rank | ID Number | District/Unit |

DESCRIBE THE INCIDENT AND COMMENDABLE ACTIONS TAKEN: On 2 July 2002 Housing Officer Rose the Z211 responded to an argument between Mother and Daughter. Upon arrival of the officer the daughter Regina Robinson jumped from a back window armed with a razor and stood firm waiving the razor threatening any who came near. Subject then broke a bottle and put it into her mouth. Subject began to slash her arms stating she wanted to die. Sergeant Fish J908 arrived on scene and took control of a situation exasterbated by severe summer heat and large angry crowds forming. Officers stood by keeping crowd control as Sergeant Fish attempted conversation with Ms. Robinson and her family who surrounded subject attempting to stop her suicide attempt. Sergeant Fish could wait no longer for an ambulance and spoke to the victims mother in an attempt to calm the crowd as officers prepared to subdue Ms. Robinson. Ms. Robinson at that moment swalled broken glassand began choking. Officers while being pelted with bottles and cans focused only on subduing Ms. Robinson and getting her safely to the now arriving ambulance. Officers involved in this incident should be proud at the restraint used against the crowd and remaining focused on the crisis at hand. A life was saved that day and a family assured that the men and women of Area E-13 and housing show great compassion when dealing with the mentally ill.
All officers should be highly commended.

Signature of Individual Making Recommendation
Sergeant Michael Andrew Fish, Esq.

(Continue on reverse side, if necessary)

ACTION OF DISTRICT OR UNIT AWARDS BOARD:

| E-13 | 7.S.2 | |
|---|---|---|
| Name of Board | Date Considered | Signature of Chairman |

☐ REJECTED                    ☐ DAYS OFF GRANTED _____
                                                  Number
☒ LETTER OF COMMENDATION GIVEN 7-S-2    ☐ FORWARDED TO DEPARTMENT AWARDS BOARD
                                Date        FOR FURTHER CONSIDERATION

ACTION OF DEPARTMENT AWARDS BOARD:

☐ FURTHER ACTION DECLINED
                                                Date Considered
☐ CERTIFICATE OF COMMENDATION ISSUED _____
                                        Date
                                                Signature of Chairman
☐ DAYS OFF GRANTED _____
                    Number
☐ RECOMMENDED FOR _____ ANNUAL AWARD
                                                Date Annual Award Received
REMARKS: _____

B P D Form 1645

# Boston Police

Recommendation for Commendation

4/6/06
Date

| P.O. Joseph Fisher | Police Officer | 11204 | E-13 |
|---|---|---|---|
| Name | Rank | ID Number | District/Unit |

DESCRIBE THE INCIDENT AND COMMENDABLE ACTIONS TAKEN:

On Sunday, 4/2/06, P.O. Henry Staines & Joseph Fisher on-sighted several individuals known to these officers as impact players in the Bromley Heath area. The Bromley Heath area has been the location of numerous shootings and shots fired incidents in the last couple of weeks. These officers aware of the impact players having no trespass notices issued on them, secured the individuals and notified the detective unit. The detective unit responded, (2) individuals were placed under arrest, and brought to District 13. As a result of officer's Staines and Fisher's working relationship with the youth of Bromley Heath (in particular a witness known to the Commonwealth) the above officers were able to obtain critical intelligence information in reference to the (2) shooting incidents. These officers notified the detective unit and assisted in the identification of (1) shooting victim (CC #060156042) and the identification of a possible suspect in a 2nd shooting (CC #060146859). It is important to note that without the identification of the shooting victim, detectives would not have been able to secure an arrest warrant for an A D/W (to wit-firearm) warrant. Furthermore, with the information on the above shooting suspect, detectives now actively have an ongoing Grand Jury investigation case. The actions and work performance of these officers assisted detective's to obtain an arrest warrant for a suspect that had committed an A D/W-firearm and proceed forward on a Grand Jury investigation on a case that had since been inactive. It is my opinion without the assistance of the above officers that the (2) shooting incidents would have been delayed if not ever solved. Through the work ethic and diligence that I have observed from P.O. Henry Staines and Joseph Fisher since my arrival to District 13 has been nothing short of exemplary. These officers have on a daily basis supplied information, assisted in identifying suspects, and resulted in the detective unit of securing an arrest warrant for an unsolved shooting incident (See CC #060156042) and identifying a possible shooting suspect (See CC #060146859), that has resulted in an active Grand Jury investigation on a 2nd unsolved shooting in the Bromley Heath area.

Due to the officer's ongoing working relationship with the District 13 detective unit (receiving and supplying) information of suspects and assisting the detectives on a daily basis, district E-13 detectives were able to effectively solve (1) shooting incident and possibly a 2nd shooting incident. on District 13. I submit this recommendation with admiration and appreciation for the above officers. Through the work performance and diligent work that officers Henry Staines and Joseph Fisher have exhibited on a daily basis has resulted in a reduction of crime and the suspects who committed these acts being brought to justice.

Therefore, it is my recommendation that Police Officers Henry Staines and Joseph Fisher be recognized for their tremendous effort and be commended for their diligent work ethic.

Saint-Lambert, October 15th 2011

RECEIVED

11 OCT 28 AM 2: 35

OFFICE OF THE COMMISSIONER

Mr. Edward Davis,
Police Commissioner
Boston Police
One Schroeder Plaza
Boston, MA 02120

Gratitude to the Boston Police Department

Dear Sir,

By this letter, I wanted to express my highest gratitude to members of the Boston Police Department who helped both my niece and myself while traveling on your territory.

I offered my niece a trip to Ogunquit (Maine) for her 14th birthday. Unfortunately, we were unable to find an hotel room in that area and continued north toward Portland. Still without shelter, I was directed toward Boston. Travelling south, we tried desperately to find a room without success and finally reached the Boston area during the night.

By this time, we had been travelling for many hours coming all the way from the Montreal area in Canada. It was late and I was worried about our safety as we were extremely tired and still on the road in the middle of the night.

It was then that I saw a police officer and got the idea to approach him to ask for suggestions on where to go. I was very fortunate to get assistance from **Police Officer Joe Fisher (K-9)** who was concerned for our safety and well being. Not being familiar with the area, he escorted us to a nearby Double Tree hotel where we learned from the manager that there were absolutely no vacancies in the greater Boston area.

We were awfully tired so I mentioned to Officer Fisher that we would sleep in the car if we had a secure place. He immediately offered to take us to the local Police Station where we would be safe and secure. My niece and I were extremely relieved and could not believe our luck.

At the Police Station we were welcomed by **Lt Steven Ciccolo** and **Officers Mark Bruno, Fred MacDonald, Jim Defeo and Monica Quinonez** (officers of C-6 Last Half South Boston). We were offered shelter and food, we had not eaten, as we were focusing on finding a room. There are no words to describe the sentiment we felt at that time. I personally, was extremely relieved since I had the responsibility of my niece and did not want to be lost on the road and exposed to misadventure.

Our situation could have turned very bad had it not been for the care and compassion of the officers of your Police Department. We were deeply touched and very impressed to realise how the motto «to serve and protect» was translated into human action.

Our experience in Boston will never be forgotten and we hope that the actions of your officers will not be forgotten either. We wish to express our personal gratitude to these officers, who went beyond their call of duty to help us and keep us safe on the night of the 9th of October.

Respectfully yours,

*[signature]*

Mireille Harnois

Internal Auditor, Quebecor Media

Ex – Officio, Institute of Internal Auditors

Member, Canadian Olympic Committee and its Audit Committee

Mireille Harnois • 616 Victoria, Apt. 1, Saint-Lambert (Qc) Canada J4P 2J6 • (514) 774-7241 • mireille.harnois@gmail.com

BRIAN MCGRORY

# Going the extra mile

By Brian McGrory , November 25, 2011, 12:00 a.m.

It seemed like a terrific idea: Mireille Harnois of Montreal invited her niece, Jamie, on an overnight trip to Ogunquit, Maine, to celebrate the teenager's 14th birthday. They would dip their feet in the cold Atlantic Ocean on that Columbus Day weekend. They would dine on filet mignon with a water view. They would stay just a night, but the memories would last a lifetime.

They got the last part right, anyway, because neither of them will ever forget this trip. It's not the Maine coast that will linger in their minds, but a police precinct house in South Boston. Sometimes you find virtue in the most unlikely places, none less likely than this.

It ends up, hotel rooms aren't easy to come by on a 70-degree long weekend, as Mireille quickly learned. When they arrived in Ogunquit, there were no rooms at the inn - any inn, not in Kennebunkport or Portsmouth, N.H. There wasn't even an extra mattress when Mireille pleaded with a motel clerk to wheel a couple of cots into a conference room and they'd pay the full freight. Head south, Mireille was told, so she did.

Along the way, every highway exit led to more frustration. It didn't matter if it was a Marriott or a Motel Six, every place was booked.

Before anyone starts thinking that Harnois is a rube who should never venture from the snowy environs of Canada, consider that she is an accomplished auditor with a major Canadian corporation (not an oxymoron, by the way), a world traveler, an expert in tae kwon do. Basically, she can rip apart a company's finances, then rip apart the CFO.

But this trip was coming off the rails. They'd been driving all day. They kept straying further south in search of sleep. Darkness had fallen and desperation had set in. Which explains how they came to be in Boston, hoping against hope for a place to stay. "I was so tired," Mireille recalled. "We had been driving so many hours."

So let's go to Patrol Officer Joe Fisher. He's a 15-year veteran of the force, a member of the canine squad, a basic good guy. He had just grabbed coffee in Andrew Square to start his midnight shift when a woman asked for help.

She told him about her journey from Montreal via Ogunquit and asked about nearby hotels. Fisher started to give directions to the Doubletree at the old Bayside Expo, then figured he'd show the way. "Follow me," he said.

Once there, he accompanied them inside. An apologetic desk clerk said they were sold out, then called a nearby motel, which was also booked. "You're not going to find a room in Boston," the clerk said.

Mireille said they would just sleep in the car. Fisher had another idea. "Let's take a ride," he said. This time he led them to the Boston police station in Southie. The bashful Harnois women declined his invitation to come inside, instead sprawling in their car. Fisher explained the situation to the cops on duty.

It was nearly 2 a.m. when the officers made some macaroni and cheese, poured ginger ale, and Fisher woke them up. Officer Mark Bruno greeted them at the door like the maitre d' at an Italian restaurant. The cops set them up in the community room with pillows and blankets and access to a hot shower. The Four Seasons wasn't this nice.

"We were all laughing," Mireille said. "I was so impressed with their kindness."

Said Fisher: "We just wanted them out by the time the captain arrived in the morning."

When morning came, Bruno gave them directions to Quincy Market and the Paul Revere House. They did it all and headed home.

"By the end, we enjoyed it a hundred times more, this adventure," Mireille said.

Sometimes, the best police work isn't just about solving crime.

---

*Brian McGrory is a Globe columnist. He can be reached at mcgrory@globe.com.*

Hide comments

**1 Comment**

# BostonPolice
## DEPARTMENT
**Recommendation for Commendation**

| | |
|---|---|
| 1. EMPLOYEE: Gregg Bowden | ID#: 12106 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 2. EMPLOYEE: Joseph Fisher | ID#: 11204 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 3. EMPLOYEE: Lissette Garcia | ID#: 9916 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 4. EMPLOYEE: John Harrington | ID#: 75662 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 5. EMPLOYEE: Connell Paterson | ID#: 10575 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 6. EMPLOYEE: Raymond Ramirez | ID#: 10442 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 7. EMPLOYEE: Stephen Roe | ID#: 11263 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 8. EMPLOYEE: Sean Scannell | ID#: 10127 |
| RANK/TITLE: PO | ASSIGNED TO: K-9 |
| 9. EMPLOYEE: | ID#: |
| RANK/TITLE: | ASSIGNED TO: |
| 10. EMPLOYEE: | ID#: |
| RANK/TITLE: | ASSIGNED TO: |
| 11. EMPLOYEE: | ID#: |
| RANK/TITLE: | ASSIGNED TO: |
| 12. EMPLOYEE: | ID#: |
| RANK/TITLE: | ASSIGNED TO: |
| 13. EMPLOYEE: | ID#: |
| RANK/TITLE: | ASSIGNED TO: |

| DISTRICT/UNIT AWARDS BOARD | |
|---|---|
| DAYS GRANTED 2 | DATE: 9/2/13 |
| | LETTER OF COMMENDATION ☑ |
| | FORWARD TO DEPT. AWARDS BOARD ☑ |
| SIGNATURE OF CHAIRMAN | |
| | DATE SUBMITTED: 9/2/13 |

| DEPARTMENT AWARDS BOARD | |
|---|---|
| GOOD WORK ☐ | DATE: _____ |
| P.C. RECOGNITION ☐ | |
| ANNUAL AWARDS ☐ | |
| FINAL DISPOSITION ☐ | |
| SIGNATURE OF BOARD CHAIRPERSON | |

NARRATIVE: DESCRIBE THE INCIDENT AND COMMENDABLE ACTIONS TAKEN:

I would like to direct your attention to the following Patrol K-9 Officers, whose performance went above and beyond the call of duty during the Marathon Critical Incident Events

On April 15, 2013 there was a horrific terrorist attack on our city; I was assigned as the K-9 Supervisor assisting with operational control of the K-9 Unit. Specifically, we were involved in synchronizing a unified K-9 response between federal, state and local agencies. This daunting task was extremely challenging for all involved. The sheer volume of intelligence, information and communication disseminated during this time period was extraordinary, and the K-9 Officers assigned to respond to the variety of incidents were outstanding.

    Members of the Patrol Section of the K-9 Unit were responsible for site security, coordinating and searching areas of the crime scene, responding with a multi-agency tactical response during the bombing incidents as well as participating in the events in Watertown on Thursday April 18, 2013. The professional response and the dedication to duty displayed by these officers were critical to the safety of all involved. Time sensitive assignments and unit deployments were essential to a successful outcome during this operational period. These officers worked tirelessly, sometimes working as much as 18-20 hours per day responding to this critical incident.

Throughout the overnight hours, the pace of the operation did not subside. Hundreds of requests for police K-9 services and EOD responses poured into the operations section, nonetheless the K-9 personnel were unshaken. Their professionalism and dedication to duty was extraordinary. Despite the confusion, high volume of calls and the seriousness of the situation, they performed brilliantly.

The Patrol K-9 Team's diligence and overall positive attitudes were impressive. On Thursday night in Watertown, these officers were amazing to say the least. It was a pleasure to work with such a dedicated group of police officers, whose professionalism and work ethic were second to none. Their commitment and perseverance to the mission was a credit to the Special Operations Division and the Boston Police Department. I asked that they be commended for their exceptional performance during this trying time in our city's history.

_____
Sergeant Frank W. Flynn
Supervisor, Canine Unit
Signature of Individual Making Recommendation

Page 3 of 4

P.O. # 15-
Medal/Award Recipients
Page Nine

**THE DEPARTMENT MEDAL OF HONOR**
**THE BOSTON POLICE RELIEF ASSOCIATION MEMORIAL AWARD**

Sergeant Sean P. Smith                    District C-11
Police Officer Michael Miller             District C-11

About 3:38 a.m., Saturday May 16, 2015, a call came in for a report of a fight at 96 Bellevue Street, Dorchester.

Police Officer Miller arrived and observed a male in the hallway of the apartment, yelling and screaming. Witnesses reported that this male was intoxicated and had hit and choked a woman while she was holding a 3 week old child and that he also had a knife. Police Officer Miller attempted to calm down this man, to no avail. Assisting officers commanded the suspect to drop the knife, however, he ignored them and threatened to stab the officers.

Sergeant Smith responded with the less lethal shotgun. The suspect had now barricaded himself. The officers made a hole in the door and observed the suspect cutting himself. Sergeant Smith utilized the less lethal shotgun which did not deter the suspect who continued to harm himself. Again, Sergeant Smith discharged the weapon, as the officers now attempted to secure the suspect.

Following a struggle with this bloody and injured suspect, the officers placed him in custody.

These officers are to be commended for diffusing this dangerous individual who had attacked other victims and who was intent on causing harm to himself and to the officers.

The Department Medal of Honor is awarded to Sergeant Smith and Police Officer Miller for their dedication to duty.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE DEPARTMENT MEDAL OF HONOR**
**THE BOSTON POLICE RELIEF ASSOCIATION MEMORIAL AWARD**

Police Officer Matthew Walsh              District B-2
Police Officer Joseph R. Fisher           Special Operations – Canine Unit

About 3:24 a.m., Friday, June 12, 2015, Police Officer Walsh was on patrol, when multiple calls came in for shots fired in the area of Dacia Street.

Police Officer Walsh observed a male near #33 Dacia Street, carrying a firearm and attempting to load a round as he walked to the rear of this location.

Police Officer Walsh requested back up and officers from District B-2 and Special Operations arrived. Police Officer Walsh then observed this same male on the porch at #29 Dacia and that he was pointing his firearm in the officer's direction. Police Officer Walsh sought cover as Police Officer Fisher arrived. The officers, knowing that this person had already fired his weapon, knew that he would again fire at them.

Police Officers Walsh and Fisher, with their weapons drawn, ordered this armed suspect to drop his weapon. The suspect obeyed these commands and placed his weapon on the ground.

The officers placed him under arrest and recovered firearms and ballistic evidence.

The co-ordination and teamwork displayed by these officers, who did not work together as partners, was paramount in the capture of this dangerous suspect.

The Department hereby awards them the Medal of Honor in recognition of their brave actions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

P.O. # 15-



**The Commonwealth of Massachusetts**
**Executive Office of Public Safety and Security**
One Ashburton Place, Room 2133
Boston, Massachusetts 02108
Tel: (617) 727-7775
TTY Tel: (617) 727-6618
Fax: (617) 727-4764
www.mass.gov/eops

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lt. Governor

**DANIEL BENNETT**
Secretary

July 21, 2016

Officer Joseph R. Fisher
Boston Police Department
1 Schroeder Plaza
Boston, MA 02120

Dear Officer Fisher,

Your outstanding performance as a member of the Boston Police Department was brought to the attention of the Trooper George L. Hanna Memorial Award for Bravery Selection Committee by Commissioner William Evans.

I would like to take this opportunity to express my thanks for your service and for your response to shots fired on June 12, 2015 that led to your nomination. Thank you for your invaluable work on behalf of the residents of Boston and the citizens of the Commonwealth of Massachusetts. Your actions show that you are an exceptional and devoted member of the law enforcement community.

Again, please accept my thanks for your service.

Sincerely,

*Daniel Bennett*

Daniel Bennett
Secretary of Public Safety and Security

Dear Superintendent Evans,

When citizens ask where are our police officers when you need them I'll tell them to just wait one minute. On Saturday night, July 1st I was driving home along the Jamaica Way, between Perkins St & Parkton Rd when I hit a tire (lying in the middle of the road) & blew a tire. Another woman, with a small child, had just met the same fate and was pulled over. It was about 10:30, very dark and we were terrified.

Within minutes, we saw the flashing blue light pull in behind us and Officer Fisher stepped out. He immediatly calmed our fears with his friendly, caring, take charge manner. He helped the woman with the small child and assured me he would wait with me til AAA arrived. After the flat was changed he waited til my car started up which it did not. Officer Fisher was able to signal the tow truck back to charge the battery. Then, I was gratefully on my way.

Officer Fishers attitude was professional, caring and respectful at all times. He is a credit to the Police Force of the City of Boston. I hope he knows how much his service is appreciated.

Sincerely yours
Joan M Fenn

**This commendation was submitted by Sergeant James Galvin thru Captain John Davin, for Police Officers Eliseo Marrero, Dwain Jackson and Joseph Fisher, assigned to District B-2.**

On Friday, July 29th, Police Officers Marrero and Jackson were pro-actively monitoring the closing of the Dublin House, located at 49 Stoughton Street in the Uphams Corner neighborhood of Dorchester. B-2 officers are familiar with this area, as it has been the scene of numerous violent crimes and firearms arrests in the past.

The officers heard several gunshots and saw a large crowd running in all directions outside the Dublin House. Officers Marrero and Jackson notified Operations that shots had been fired and immediately took action, wading into the crowd in an attempt to locate a victim and or suspect. Two witnesses told the officers that the shooter was walking down Stoughton Street towards Sumner Street. Both officers observed the suspect bend over and make a throwing motion. The officers caught up to the suspect on Sumner Street and detained him until further information was obtained. While this was taking place, B-2 officers were receiving information that a victim with three gunshot wounds to the upper body had been located on nearby Belden Street.

B-2 officers established a large crime scene and began the task of locating evidence and witnesses. Police Officer Fisher and his K9 partner, Nitro, found a six shot revolver inside the North Dorchester Burying Ground, located across the street from the scene of the shooting.

B-2 detectives then did a bring-back identification with three witnesses, all of whom positively identified the suspect as the shooter. Officers then placed the suspect under arrest and he was transported to C-11 for booking.

It is difficult to convey the chaotic scene that B-2 officers encountered during this incident. There was a large crowd dispersing, motor vehicles were backed up the length of Stoughton Street and the noise level only added to the confusion.

Officers Marrero and Jackson showed initiative by being in the area in the first place. They went on to exhibit a high level of courage and competence by locating a dangerous suspect and keeping him secure without incident. They obtained vital information from witnesses and quickly passed it on to other responding units. Officer Fisher and Nitro, always an asset to the Last Half shift at B-2, took it upon themselves to gain entry into the cemetery and to locate the firearm used in this incident.

I hereby present Officers Marrero, Jackson, Fisher and K-9 Nitro with this Commissioner's Commendation.