UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal No. 23-CR-305-RDM |
| JOSEPH FISHER, | : |
| Defendant. | : |

**<u>DEFENDANT'S SENTENCING MEMORANDUM</u>**

**EXHIBIT C**

**LETTER OF STEPHANIE SAMUELS, MA, MSW, LCSW**

## The Counseling and Critical Incident Debriefing Center, LLC
501 Iron Bridge Road #6
Freehold, NJ 07728
732-577-8300 X1
Stephanie Samuels, MA, MSW, LCSW

Hon. Randolph D. Moss                                                             May 13th, 2024

U.S. District Court

Your Honor:

I am writing this letter on behalf of Joseph Fisher. I have been a clinician for over 35 years holding two master's degrees. I received my masters in clinical psychology from Antioch University then some years later, my masters in social work from Rutgers University and am a licensed clinical social worker. I would like to give you a brief background of my professional career. I have worked almost exclusively with Law Enforcement for those 35+ years. During my career, I have written and lobbied for legislation in several states to recognize PTSD as a valid mental health injury under workers compensation. In 1999, legislation I had written in NJ for the creation of a hotline for police officers as well debriefings after critical incidents was passed. I have lectured all over the country on the long-term effects of critical incidents and the need for extended treatment. In 2005, I went on to create CopLine, an International hotline that is answered by retired, vetted, trained officers. I co-authored Under the Blue Shadow: Clinical and Behavioral Perspectives on Police Suicide and chapters in other books that Dr. John Violanti, one of the leading experts on police suicide and stress authored. After the Boston Marathon Bombing in 2013, I was asked to take on the position of Clinical Director for the Peer Support Unit at the Boston Police Department. In 2020, I was asked to testify before the Presidential Commission on Law Enforcement and the Administration of Justice on mental health issues in law Enforcement and the role of CopLine. I currently sit on the International Chiefs of Police (IACP) suicide prevention consortium as well as the Executive Board for the Texas Law Enforcement Peer Network. It is important that you know I have no room in my life for a "dirty cop" that intentionally did harm to those they were sworn to protect. They are the first arm of justice and if that arm is damaged in any way, the foundation of our justice system becomes damaged as well.

I had met Joe just after the Boston Marathon bombing on April 15, 2013, a day that will live in infamy for all those that were there that day and those that were touched by this event. When I

began seeing Joe, he was struggling with both panic attacks and generalized anxiety disorder (GAD), as well as PTSD. Joe would have panic attacks upon awakening as well as during the day. He would become short of breath, sweat, have heart palpitations and was afraid of dying or losing control. We addressed triggers and ways to tactilely and psychologically ground himself when these would occur. Joe also experienced GAD. He had persistent worry that something terrible was going to happen again, he overthought plans and solutions to worst-case outcomes. He perceived events that weren't threatening as threatening and did poorly handling uncertainty. He couldn't let go of his constant worry, struggled to relax and always felt "on edge" waiting for the other shoe to drop. Joe was also diagnosed with PTSD which some symptoms overlapped with GAD. Joe was experiencing nightmares about the bombing, avoided the location of the bombs as well as the gun battle that ensued a couple of days later. He would have flashbacks to the event. These could be triggered by sights, sounds and smells of the event. He had difficulty both falling asleep and staying asleep, irritability and outbursts of anger. His concentration was poor as well as his memory. He exhibited significant hypervigilance in his social and vocational environments. Joe took the bombing personally and couldn't believe that it happened "in my city". Even back then he felt a very personal connection to his country and the city in which he was sworn to protect. That stood out to me as it was something that he fixated on, the personal nature of the event. It was "his city, his people and his country". The bombing opened up flood gates that Joe hadn't dealt with in the past. He worked hard on putting pieces together from his childhood and his long history of being a victim himself. This was not a comfortable role for Joe, as a matter of fact it was one that he would avoid in sessions most of the time. It was an area that would come out later in Joe's process to heal. Joe has a strong sense of family and his dedication to treatment was largely to better his relationships with them and better understand himself. He knew that he was explosive, impulsive and reactive. He saw things in black and white and not gray. Although Joe was in treatment for years, he still struggled with Chronic Post Traumatic Stress Disorder. His symptoms got worse over the years as well as his impulsivity. It became clear that Joe was unable to continue in police work, that his symptoms and reactivity made it impossible to perform the duties of a police officer and he would need to retire on a disability pension. To drive home the point about his impulsivity, Joe "left Law Enforcement". He literally walked away stating "I don't care about the money, I'll find something to make money". It took hours to talk to Joe about his decision and what he had done showed a level of impairment that was indicative of someone that was unable to perform the duties of a police officer and clinically it was a direct result of what he had experienced as an officer. At that time, I was not looking at possible neurological impairment.

Although Joe retired, his love for his brothers and sisters in uniform and love of country never changed. He became more fixated on what was going on in the world and his inability to help. He saturated himself in the news and the narrative that he was watching. I am not a believer in making excuses for anyone's poor behavior, particularly for an active or retired officer. What I am comfortable doing is addressing their perspective and inability to navigate information due to probable frontal lobe damage. Years after seeing Joe, I learned about the role that repetitive head impacts and injuries play in the mental health of officers. Many are familiar with the movie Concussion and the affects that non-concussive repetitive head impacts have on football

players as well as concussions themselves. The research is now showing children as young as 17, who have played years of contact sports, have died by suicide from the effects associated with Chronic Traumatic Encephalopathy (CTE). CTE is a degenerative brain disease found in athletes, military veterans, Law Enforcement Officers and others with a history of repetitive brain trauma. It CANNOT be diagnosed in the living. On 2/28/23 The Unite Brain Bank of Boston, the largest brain bank in the country changed their inclusion category for donation to include Law Enforcement Officers. I had been instrumental in making that happen. In my private practice of almost all Law Enforcement Officers, 87% have been referred to neurologists due to their lack of response to medication. This 87% had sustained 5 or more known concussions and most have thousands of non-concussive impacts due to contact sports and years of trainings. In the NFL, the league now looks to retire a player after 3 diagnosed concussions. In the Law Enforcement community, they aren't even looked at or treated most of the time. Departments have gotten better with diagnosing with PTSD, depression and anxiety but no one has looked at the possibly that these are also symptoms of a neurological problem. Joe clearly knows right from wrong. He has a strong sense of county and law, yet on 1/6/21 Joe headed to the Capitol and committed two felonies; that day disgracing all he stood for. I asked Joe to write his known history of head impact and trauma and the gravity of both the age he was and the years he continued to sustain them was astonishing. I think it is imperative to share these with you. Joe has a long history of repetitive head impacts (RHI) beginning at age 6 when he began boxing for a year. He later boxed at the police academy. From age 7-8, he played hockey, football for 2 years from 16-17 years old and basketball from 12-18 years old. He was struck with a tire in the head and back and was slashed with a razor during an attack freshman year of high school in 1986. In 1987, he was in the bed of a pickup truck that flipped over at 50 mph his sophomore year of high school. His nose was broken in an assault in1988 and again in 1994. His jaw was broken in two places during another assault in 1995 and had a loss of consciousness for 10-15 minutes. He walked into a low deck and was knocked out cold for 5 minutes in 1996. While on the job he had a cruiser accident where he hydroplaned at 70 mph, striking a guardrail and had whiplash in 2011. In 2013, he fell 10-15 feet striking the side of a boat breaking his ribs and jarred his body. In 2015, he fell 25 feet off a ladder while cutting a tree and shattered his foot. He was unsure if struck head upon landing 2015 but suspects a loss of consciousness due to having no details or memory of the fall. Joe has been shooting firearms since the age of 21 and being exposed to low level blasts. In April of 2013, he was exposed to 2-3 homemade grenades during the Watertown shootout. He was a half a block away from the pressure cooker when it was detonated. He felt the blast wave from that as well. Through his career he had multiple fights, falls and injuries during his 20 years on the job at the Boston Police Department.

During my work with Joe, he exhibited many behavioral, mood and cognitive changes that had only been attributed to mental health causes. I have also learned many of the same changes can be linked to head injuries as well, especially poor impulse control. Joe wasn't aware of this connection nor were the therapists that treated him. Joe has donated his bran to the Unite Brain Bank to further understand his behavior and how it deviated from a life dedicated to serve his community and protect his country. On January 6th, Joe was exposed to 2-3 flash bangs that were at head height. Flash bangs are also known as "concussion grenades"

rendering individuals disoriented and confused. He was exposed to them prior to the assault. For Joe, it also brought him back to the Watertown shootout where there were 2-3 homemade grenades and one pressure cooker bomb about half a block away which he felt the effects of. It is known that an individual that sustains more than one concussion before the brain heals is subject to "factor multiple" when it comes to the effects. It was after these flash bangs that Joe assaulted the officer.

Joe has always been dedicated to treatment and understanding himself and his triggers. Joe began the process of becoming a patient at the Cantu CTE Center back in January. He had gotten recent imaging at their request as well as his records. As of this writing they are still evaluating his documents. Joe will be looking at getting evaluated by a neuropsychologist which will set forth his treatment plan. I would believe that his treatment will include various modalities like cognitive behavioral therapy, biofeedback, ocular and vestibular therapy. Joe wants to understand the underlying reasons for his impulsivity and other cognitive and behavioral issues.

Although I feel that officers should be held to a higher standard I also feel that we do a disservice to all those that wear a badge to paint them with a single brush. In Joe's case, I am hoping that the brush he is painted with takes into account his years of service and sacrifice and the likelihood that there were neurological factors that came into play that day that need to be accounted for as well.

Very Respectfully,

Stephanie Samuels, MA, MSW, LCSW