UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal No. 23-CR-305-RDM |
| JOSEPH FISHER, | : |
| Defendant. | : |

**DEFENDANT'S SENTENCING MEMORANDUM**

**EXHIBIT D**

**LETTERS OF SUPPORT - FAMILY**

The Honorable Randolph D Moss,
United States District Court

May 15, 2024

Your Honor,

      My name is Debra Fisher, and I am writing to you today regarding Joseph R Fisher. I reside in Plymouth, Massachusetts. I am a Police Officer for the City of Boston, and have served there for over 28 years. I have been married to Joseph Fisher for 27 years. We met as recruits in the Police Academy. We have two children, Kathleen Fisher and Joseph T Fisher.

      Although I was unaware of his participation in the events that have led us to this day, I am fully aware of the seriousness of this case and of the charges. I am going to try and keep this short, and I appreciate you taking the time to read this letter.

      When I first met Joe, I was drawn to his confidence and outgoing personality. We bonded immediately over our love of dogs and our common goal of becoming one of Boston's Finest. We graduated, started our careers, got married and started a family. Joe was a loving husband and father to our two children and our collection of animals. As you well know, police work is a high stress job that makes life difficult with the trauma we see every day, seeing people in their worst times, the endless hours, lack of sleep and internal stress. As the years passed, Joe's drinking became more frequent and more important to him than spending time with his family. Joe had many critical incidents over the years that weighed heavily on him. Throughout it all, he remained a loving and caring man to his work. There was a story that ran in the Boston Globe that I think really speaks about his character and the kind of Police Officer he was. It was Columbus Day Weekend and Joe was approached by a woman in a vehicle with a young girl. They were from Canada and had come down for the long weekend and were looking for a hotel room without any success. Instead of just directing them to the nearest hotel, he took them there and learned from the clerk that the hotel was full and further research showed all hotels within a few hours drive were all booked as well. The woman said that they would just sleep in the car. Joe did not think that was a good or safe idea. He took them to the nearest police station, the one that I worked at, and they set them up in the station community room with pillows and blankets and fed them an Italian dinner. The next day, another officer gave them a tour of the city. They were overwhelmed by the kindness shown to them and she wrote letters to the Commissioner as well as the Boston Globe. Most of us, myself included, would have just given her directions to the closest hotel. Joe went above and beyond to ensure their safety.

      Joe has struggled with his mental health for many years. He suffers from alcoholism (proud to say he has been sober for more than 12 years), PTSD from many critical incidents, and he suffered abuse by a relative when he was very young. He has been working hard with therapists to try and work through these issues. In 2015, he sustained a severe injury after he

fell 30 feet off a ladder. After his fall, I noticed a distinct change in his mental status. He seemed to be more obsessive over things and sometimes irrational. I think with time and therapy, he was starting to get better.

    I am not a person who makes excuses for myself or other people. I believe with all of my heart that Joe is an extremely caring, loyal and hardworking man who can be passionate about things that are important to him.

    We are very different people, but we have a common bond of our love of animals. We have a small rescue farm at our home that keeps him busy and helps make the world a better place for lost, sick, homeless, abused or injured animals. It always warms my heart to see him caring for the helpless creatures great and small. He has saved many animals from the streets. One of my favorite stories is of a 6 month old kitten that was at the door of his cruiser after a call at 3 am, scratching the door to try and get in. He took the kitten and drove her to our house, put her in bed with me and returned to work. I woke up to a sweet surprise. That is the kind of man he is.

    Joe has always been everything to his four sisters. He is the one they count on and go to for help and advice. After my dad recently passed away, he has been the one to step up and help care for my mother. Although our kids are technically grown, they still are at home and rely on him for many things.

    I know he has great remorse for his actions. This has been extremely difficult for all of us, especially me as a police officer and our children as well. This has impacted our lives significantly in so many ways. I know he wishes he could change his actions that day.

    Thank you again for taking the time to read this letter. I can be reached at any time at , for any further information or clarification.

    Respectfully,

    Debra M Fisher

May 16, 2024

Your Honor,

My name is Joseph Fisher. I live in Plymouth, Massachusetts where I currently work at Ace Hardware as a sales associate and stock worker. Joseph Fisher is my father. I turn 21 in 11 days which will be 2 days after the justice system will decide the outcome of my father's actions.

I am aware of the circumstances of this case. My father has pled guilty to assaulting an officer and participating in civil disorder. I am aware I might not see him again once he enters your courthouse until his sentence is completed.

Which is why I have decided to write this letter. I am hoping to use this as a way to end this chapter of my life. To push away the pain, trauma, and fear I have hanging over me. I want to stop picturing the S.W.A.T van in my driveway every time I open the door. I want to forget about the lasers pointed at my body. And the cuffs slapped around my wrists. This letter carries lots of personal meaning to me. As it's one last way to say "I love you" to my father before he goes away, even if it will be indirectly. I hope my heart finds its way through the courtroom. I want him to know I forgive him for the pain he caused me through his actions.

My father is someone who just knows everyone. I don't think I'll ever make as many connections as he has in my life. He can become someone's pal in under a few minutes. Now that I'm older people recognize my face and the way I talk. And tell me they know my dad. From back in Boston when he was growing up or when he was a police officer, to here in Plymouth where he helped them do a job at their house or just from a few times they met at the beach. He taught me to always be kind and to always help others.

I have a neighbor who lives 10 or so houses away. His name is Rick. He is a Vietnam veteran and someone who has trouble taking care of his yard. When I was around 14-15 years old walking home from school, Rick approached me and asked if maybe someday after school I'd like to help him rake leaves. I told him I'd consider it. I mentioned it to my father later that day. He insisted I help Rick. He even said he would help me do it. Despite the fact he is disabled and his foot isn't in the best shape to do yard work. The next week we showed up with his truck full of rakes, blowers and any type of tool you could name. We cleaned up this overgrown yard from front to back. Rick and his dogs had the ability to use their yard once more. Rick thinks my dad is the best guy in this whole town. And my Dad always makes sure we check on him. Since then I make sure to help those when I see help is needed. I think it's something my father has passed on to me.

My father struggles with mental illness. He has for my whole life. Growing up my father was an alcoholic. I don't remember a lot of it. I was too young for it to be a vivid memory. I do remember his sobriety more. He has been sober for 12 years. In those 12 years he has used his experience to pass onto others the dangers and implications that alcohol can cause, including myself. He has always told me how controlled his life was by alcohol. How he had to break the cycle. To never follow his footsteps.

My dad also is diagnosed with P.T.S.D., a disorder that follows him around almost daily. His duties as a police officer left him with trauma that can't just be forgotten. Sacrifices he made for the greater good of the city of Boston and for our nation. He responded to the shootout in Watertown where one Tsarnaev brother was arrested and the other killed. Explosions, gunfire, brothers and sisters being injured. He had to carry on serving his duty despite these threats to his safety. This is just one example, I know there's so many other experiences and moments that haunt him.

I can confidently tell you that my father has expressed remorse and regret for his actions. This has been known since day one for me. When I came home once I was told he had been released from custody. I saw his face, his eyes glazed over streaks of tears rolling from his face. An open mouth trying to say something. He wrapped his arms around me. He told me he was sorry for what I had to go through, that he was caught up in the moment. He didn't think of us when it all started going down. He didn't expect my forgiveness.

I want to thank you for the time you have taken to read this. I couldn't keep it short. There's just too much to say. Please contact me at any time. My phone number is                   I'd be glad to answer any questions or clarify any of the things I have talked about within this letter.

    Respectfully -

    Joseph Fisher

Honorable Randolph D. Moss,

U.S. District Court

March 26, 2024

Your Honor,

I am writing this letter on behalf of Joseph Robert Fisher who is set to appear before your competent court on May 24, 2024.

My name is Margaret Cuddahy, I live in Wakefield Massachusetts. I am currently an Administrative Assistant for The City of Boston Veterans' Services. I have been in this position for 17 years but have been working for The City of Boston since 2000. I am also the 4th oldest sibling to Joseph Robert Fisher, I guess you could say I have known him since the day he was born.

I know my brother has pleaded guilty to assaulting an officer and participating in a civil disorder. I understand completely the seriousness of these offenses that Joseph partook in on the day of January 6, 2021.

Joseph is more than just my brother, he is my best friend. Joseph was a Boston K-9 police officer who sacrificed and dedicated himself to the City of Boston and the Boston Police department over the years. Joseph received numerous accommodation's during his time with the K-9 unit. Joseph loved his dogs Tiburon and Nitro who were his K-9dogs. My brother fought to adopt each dog when they had to retire. They were not just dogs to him, they were his partners who protected him every day on the job. They became a part of Joseph and a part of his family, and family to Joseph is everything. Joseph, idolized our father and adored our mother, they were two peas in a pod.

In 2006, our mother was diagnosed with Lung Cancer that metastasized quickly. Joseph immediately stepped up and became the man of the family, taking care of us especially our dad. He held us together when our world was crumbing and never let us see how much he was hurting. Joseph was not only losing his mother but his best friend. Joseph was there every day for our mother, he would carry her up and down the stairs, when she was no longer able to walk, he was the only one she would let carry her Joseph was her baby boy. Joseph still managed to work and still be present every day for our mother and us. Joseph was the youngest of five, during this time, all of a sudden Joseph became the Big Brother who gave us the strength to get through this terrible time in our lives.

Sadly, in June of 2006, we lost our mom, but I believe my brother also lost a part of himself that day. He had already been suffering with PTSD from the trauma of The Marathon Bombings. I know the trauma from that day still haunts him.

Joseph tried so hard after our mom's death to move on, but he devoted so much of himself helping us, especially my dad to get through those days. Eventually my brother changed. His wife never knew what

to expect each day. Joseph started drinking more to numb his pain. He stayed in the bed for days or never slept at all. The longer it went on the worse it got. Joseph started to realize how this was affecting his wife and children. Joseph admitted to his family he had a problem and needed help. He checked himself into a program. It's been 10 years since my brother had a drink. I truly believe my brother lost his way and sense of purpose. Joseph continues to work hard every day on himself to be a better person, husband, father and brother that we know and love. I know it's a struggle every day for him but he never gives up even on his worst days.

My brother has expressed to me many times that there is no excuse for what he did. I know he is remorseful from numerous conversations we have had. He cannot believe he put his wife Debbie, his children Kathleen and Joseph Thomas through this. His actions have caused a lot of pain, to our family and so many other people. My hopes for my brother are that he will someday be able to forgive himself and try to move on with life.

Please contact me at            I am willing to speak on my brother's behalf or answer any questions you may have.

Sincerely,

Margaret Cuddahy

1102 Main Street

Wakefield, MA 01880

Johanna McNally
227 West Fifth Street
South Boston, MA  02127

March 12, 2024

The Honorable Randolph D. Moss
United States District Court

Your Honor:

My name is Johanna McNally, I am writing on behalf of my brother Joseph R. Fisher.

I am a lifelong resident of South Boston Massachusetts and am employed with the National Association of Government Employees, a labor union that represents federal and state employees across the country. I have been the Health and Welfare Administrator for 35 years.

Due to Joseph changing his plea to guilty in the assault of a police officer and civil disorder and the severity of these charges, I am presenting this letter as additional information to the character of the man Joseph R. Fisher is.

We grew up in a household of eight, our parents, our grandmother who lived with us our whole life and five children, Joseph being the youngest of four girls. As the youngest and only son, he was dotted on by all the ladies in his life.

Spoiled or not, Joseph has always had a strong work ethic. At the age of 10 he worked walking our neighbor's dog, by 14 he was washing dishes at a neighborhood restaurant, he has never not had a job.

We were raised as a close, tight knit catholic family, in the town of South Boston where everyone takes care of each other. Growing up Joseph participated in numerous sports and civic programs. Our father was involved in local politics, so Joseph spent plenty of years working on local campaigns, handing out flyers, stuffing envelopes, making telephone calls and working the polls on election day. It was a total family affair.

For as long as I can remember all Joseph ever wanted was to be a police officer. It was a goal he strived for all through high school and college. The day he was accepted into the City of Boston Police Cadet program was a day of great joy. And when he graduated as a cadet and entered the police academy, he could not have been more proud, as we all were. He met his wife Debra in the police academy, his soulmate, who loves being a police officer as much as Joseph.

Being a police officer was everything to Joseph. He loved the officers he worked with, he loved helping people and doing his part to keep the city safe. He volunteered for the busiest shift in the busiest of precincts. He worked tirelessly doing details and taking overtime shifts doing his part to protect his precinct and to provide for his growing family.

Once employed as an officer Joseph pinned for a position in the K-9 unit. It took many years, but he finally got his shot with the K-9 unit and it was a match made in heaven. Joe and Tiberon were matched, trained, and became a great team. Tiberon became a member of the Fisher family. Joe and Tiberon did great work for the department with many commendations. When it was time for Tiberon to retire, he remained a member of the family, being adopted by Joe and Deb after his retirement.

Nitro was Joseph's next K9 partner. Nitro and Joseph were together during the five days of horror following the Boston Marathon bombing. They were together searching the streets of Watertown the early morning of April 19th when the bomber was located in the boat and apprehended. Nitro also became a member of the Fisher family when he retired from the Boston Police Department.

Joseph has just entered his 10th year of sobriety, something he takes great pride in, as does the whole family. When it became apparent that he needed help with his drinking and a line was drawn in the sand from Debra, Joseph contacted the police department employee assistance program and got the treatment and help he needed. He made the changes and did the work to become sober and keep his family, to continue to be the husband and father they needed, as he still does to date.

From a young age Joseph had a passion for building things, taking things apart and putting them back together. Although our father didn't know a hammer from a screwdriver, he was fortunate to have some very talented friends that would help my parents with home projects, and even as a young boy Joseph was always right there beside them, learning all their skills. As a result, he can do just about anything when it comes to home repairs and is always willing to learn something new. He shares these skills with family, friends, and neighbors always at no cost and with a smile on his face. Joe is always the go to guy when anyone needs help, and if he can't do it himself, he always "has a guy". It was while volunteering to

help repair a roof at a local organization when he fell off the ladder, breaking his ankle. A life altering injury.

If there is one word that best describes Joseph as a young child and an adult it is passion. Joseph has always been a passionate soul, passionate about his family, his hometown, his fellow officers, and our country. Being passionate can be a double edge sword, it can inspire you to do wonderful things in this world and it can just as easily lead you down a negative path. It is my belief it was the double edge sword of passion that led him to attend the rally in Washington on January 6, 2021, and the ensuing consequences.

Since finding out about Joseph's actions on January 6th, he and I have had many challenging, emotional, angry, and sad conversations. It was very difficult to grasp the full extent of what he did and the fact that he kept his actions from the family for so much time was disappointing and heartbreaking. During these very long and somber conversations Joseph expressed his immense regret and apologized repeatedly for the repercussions his actions have caused his immediate family, and extended family and friends.

Thank you for your time and understanding, I would be happy to speak to you or any of your staff to add any additional information or for any follow-up questions.

Sincerely,

*Johanna McNally*
Johanna McNally

Honorable Randolph D. Moss
U.S. District Court

April 11, 2024

Your Honor,

I am writing this letter on behalf of Joseph Robert Fisher who is set to appear before your competent court on May 24, 2024.

My name is Donna Fisher Vacha and I am the sister of Joseph Fisher. I am currently living in Naples; Fl and I am retired from the Boston Public Schools where I worked as a Special Needs teacher. As the second oldest sibling, I have known Joseph all of my life.

As I sit writing this letter, I still have a very hard time believing that my brother, a retired Boston Police Officer would be pleading guilty to the charges of assaulting a police officer and civil disorder. I understand the seriousness of these offenses that Joseph took part in on January 6th.

As the youngest sibling of 5 and the only boy, Joseph was doted on by his sisters, as well as our mother and grandmother who lived with us and helped raise all of us. However, as years went by it was Joseph who would be taking care of us. He was always there to help out whatever the issue might have been.

Growing up in a typical Irish family my parents raised us always to be there for each other, and take care of each other. Family first. Joseph has showed that over and over, first with us, and then with his own family, his wife Deborah, and his children Kathleen and Joseph Thomas.

When our mother was diagnosed in 2006 with lung cancer, our world came crashing down. It was Joseph who helped keep us going. We all leaned on him, but we never thought about how much he was suffering. He was not just losing his mother, but his best friend. A bond between a mother and son is a hard thing to break. When she passed a part of my brother died with her. When my father took ill while living with me in Naples, Joseph got on a plane and came to help me care for our Dad. Again, putting his family ahead of anything else. It was such a huge comfort for my dad, as well as me to have him here. When my Dad passed another piece of my brother died with him.

With all the struggles and the ups and downs of his life, Joseph tried to cope. Joseph started drinking, it may have helped him numb the pain but it took him down a dark path. What we could not see was how much he was struggling inside. Along with

dealing with a drinking problem, he was diagnosed with PTSD and depression. After a fall from a tree while helping friends remove tree branches after a storm, Joseph suffered a severe leg injury which just added to the health issues he was already dealing with. He could have not gone and helped out his friends, but that's who Joseph is. If you needed help Joseph would be the first one there for you.

Though he was struggling on the inside he tried the best he could to always be there for all of us. You could say that Joseph has been my rock through my life. He was there for me and was an enormous help in dealing with my own son who was struggling with an addiction problem. When dealing with my unexpected divorce, Joseph was there to keep me going. While growing up I may have taken care of Joseph, but as we grew older its Jospeh who took care of me. I love my brother and I know how much he struggles every day. Some days it's hard for him to just get out of bed, but he does his best to be there for all of us and his wife and children.

I have had many conversations with Joseph about his actions on January 6th. He has expressed his remorse and shame that has brought upon to his family by his actions that day. His actions have brought a lot of pain to our family and so many others. My hope for my bother is to be able to forgive himself someday for his actions and the heart ache that it has caused.

Please contact me at            . I will be more than willing to speak on my brother's behalf or answer any questions you may have.

Sincerely,
Donna Fisher Vacha
5937 Paradise Circle
Naples, FL. 34110

Good day your honor

My name is Sheila Bothwell. I live at 15 Presidents Lane in Plymouth, Massachusetts. I am the oldest sister of Joseph Fisher. I must be honest I have sat down to write this letter a number of times, but where do you begin?

I was 11 years old when my brother was born. By the time I was 16 and he was 5, I pretty much took him everywhere I would go. If my mom was still here she would tell me "I did not raise him, Sheila did". Truly was one of her famous lines!

Joseph was born an old soul, always there to lend a helping hand. As a little boy he was always there to lend a helping hand. He was the one to help Mrs. Nichols with her grocery. As he got older out he would go out to shovel snow, starting with our sidewalk. Then he would work his way down the street. Neighbors would come and ring the bell trying to give money to our mom or dad, because he would not take it.

That truly is pretty much the way he lived his life. From being a police cadet, to a police officer. But his true love was being a K9 officer. He truly loved his dogs. Always the first to help, which is how he broke his ankle, volunteering to help rebuild a home for the Wounded Warrior Project here in Plymouth.

The day of the marathon bombing he was up to Boston in minutes. He was there for day and was part of finding the bomber in Watertown. He never really spoke of it much to us.

Now Joe is home and retired, with his family and animals, including goats, chickens, bunnies, dogs and cats. When my granddaughters come to visit they love to go up to as they call it the "farm".

My letter just includes some of the memories that came to my mind when I sat down to write this to you. My brother is truly a good man, a great husband and dad, brother and friend.

Thank you so very much for taking the time to read my letter. Wishing you and your family well.

Thank you again
Sheila Bothwell

Francis McNally
227 West Fifth Street
South Boston, MA 02127

May 1, 2024

The Honorable Randolph D. Moss

United States District Court

Your Honor:

My name is Francis McNally of South Boston Massachusetts. I have been employed by the Boston Redevelopment Authority for over 39 years and currently serve as the Assistant Controller.

I have known Joseph Fisher since July 1984 when I began dating his sister Johanna. We have been married since September 1988.

I consider Joseph more like a brother than related by marriage. He and I attended the same high school, ten years apart from each other. This connection we had at the early part of our relationship strengthened our bond.

I have spent a lot of time with Joseph in many ways for almost 40 years. We have had time to build what I consider a great relationship. I have witnessed his transformation from high school teenager to the man he is today.

I attended his high school and college graduation, was there when he graduated from the Boston Police Academy. Watched him get married and welcome his children to the world. We were there for each other at the death of both his parents and he was there for me when my brother died very unexpectantly and at the passing of my mother.

I watched the teenage boy I met grow into a good man, husband, father, and police officer. I am witness to the strong character of Joseph Fisher.

I am aware that Joseph has plead guilty to the charges against him. I understand the seriousness of these charges and do not take them lightly. During the past six months I have had conversations with Joseph regarding the effect his actions have had on his life and the life of his loved ones, and I've heard Joseph express regret and embarrassment for his action on January 6.

Thank you for your time, please feel free to reach out with any questions.

Sincerely,

Francis McNally

**Kyle McNally**
**19 Clement Terrace**
**Quincy, MA  02171**

April 30, 2024

The Honorable Randolph D. Moss
United States District Court

Your Honor:

My name is Kyle McNally and I live in Quincy, MA. I work for a commercial real estate company and help oversee day to day operations at multiple locations throughout New England. Joseph Fisher is my uncle I have known him my entire life. I know that my uncle has pled guilty to assaulting an officer and participating in a civil disorder. I know and understand these are serious offenses.

I am writing on behalf of my uncle because he is a good man. As I already stated I have known him my entire life. My grandparents owned a cottage in Plymouth, MA that we all stayed in during summers growing up. Joe is the youngest of my mother's siblings so was the closest in age to me, and my many cousins. He was always there for us growing up, he taught me how to snorkel for crabs, and climb the big rocks at the beach to jump off. We always had fun when he was there.

From as long as I can remember Joe has been fun, caring, kind, loyal, and a great person to grow up around and learn from. He eventually got married and started his own family and they bought their own place in Plymouth. But he, his wife and 2 children still always came to "the cottage" and spent time with everyone, and still do every summer to this day. Joe, like all his siblings, was always great to both of my grandparents and always there for them anytime they needed anything, whether in Plymouth or their home in South Boston. Joe was incredibly loyal to each of his parents, and all his family.

I know my uncle is sorry for what happened, and I know it is a serious offense. I also know my uncle is a good person, and always has been, which is why I didn't hesitate to write this letter on his behalf. Please feel free to contact me with any questions or need additional information.

Kyle McNally