UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal No. 23-CR-305-RDM |
| JOSEPH FISHER, | : |
| Defendant. | : |

**DEFENDANT'S SENTENCING MEMORANDUM**

**EXHIBIT E**

**LETTERS OF SUPPORT - FRIENDS**

Brian Dunford
86 Granger Street, #1L
Quincy, MA 02170

March 1, 2024

The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

RE: United States v. Joseph Fisher

Your Honor:

In the coming months, a former Boston Police officer named Joe Fisher will appear in your court for sentencing. I worked with Joe for several years on the Boston Police Department. As you contemplate his future, there's a story I'd like you to take into consideration.

Joe Fisher was known as a worker. Despite many years on the job, he still worked midnights, and still went to every emergency. One night, he went to a call where an emotionally disturbed black man was armed with a knife, trying to get the police to shoot him. This is known in the business as suicide by cop. All too often, it works.

The man with the knife was crazed. He was dangerous. He demanded that the officers shoot him. As Joe would tell me later, he looked at the cops on-scene, and saw young, inexperienced police officers. He saw guns drawn and pointed. He saw fear. Joe knew there was about to be a shooting.

When the man with the knife turned his back, Joe rushed him. He tackled him to the ground and knocked the knife from his hand. No shots were fired. The man was taken to a hospital, unharmed.

Joe Fisher saved a life that night.

What Joe Fisher did not know - and could not have known - was that the man with the knife was a part of my family. His name is Adrian Barros. He had stopped taking his medication.

In the early 1990's, Adrian was a kid who hung around the police station. His parents weren't attentive. He found trouble easily, but was funny and personable and had an exceptional

memory. My father was the captain of that station. He took an interest in Adrian. My whole family got to know him. When Adrian got in trouble at school, the principal didn't call his parents. She called my father.

Over the years, it was not unusual to visit my parents and find Adrian on their couch, or have him show up for Thanksgiving unannounced. My father helped him get a job. He has struggled greatly, but my parents' home remains a place where Adrian goes to feel safe and normal.

I'm not political. I don't approve of the events of January 6. But one day is not the summation of a man's life. Someone I care about is alive at this moment because Joe Fisher had the courage to give him a second chance. I would ask that you do the same for Joe.

I can be reached at (            ) if you should wish to discuss this further.


Sincerely,


Brian Dunford

Richard Pedrini
23 Gibson Circle
Medford, Massachusetts 02155

April 8, 2024

The Honorable Randolph Moss
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Moss,

I write you today on behalf of Mr. Joseph Fisher. I have been friends with Joe and his wife Debra for over 15 years. In that time, I have come to know him as a loyal friend, a devoted husband, and a loving father to his two children; Kate and Joseph. I write you as recently retired Massachusetts Police Lieutenant and elected state-wide union representative with extensive involvement in collective bargaining negotiations, mediations, and arbitrations.

Joe is a retired Boston Police Officer who has had an exemplary 23-year career with the BPD. Over the course of that career, he excelled in a variety of assignments; first as a Police Cadet, then as a Patrol Officer working in Field Operations in a BPD District, to his final assignment as a K-9 Handler in the prestigious Special Operations Division. In his capacity as a Patrol Officer and K-9 handler, he received numerous medals and commendations for bravery and professionalism above and beyond the call of duty. Joe was part of the initial police response to the Boston Marathon Bombing in 2012, provided protection for President Barak Obama during his visit to Boston after the bombing, and was heavily involved in the manhunt and post-shootout response in Watertown following the Marathon Bombing. In the aftermath of the bombing, Joe worked with the BPD Peer Support Unit helping those facing the physical and mental trauma of that critical incident.

There is no doubt that Joe was a pro-active and accomplished police officer. What is even more impressive though, is that over the course of a 23-year career as a police officer in a major US city, Joe maintained an impeccable disciplinary record; receiving only three citizen complaints and each of them was "un-sustained".

For 10 years, Joe was elected by his peers to the Executive Board of the Massachusetts Police Association (MPA). The MPA consists of over 14,000 members and is the Commonwealth of

Massachusetts' largest, oldest, and strongest voice for police officers in the areas of collective bargaining rights, public policy, and legislative matters related to police officers, their families, and public safety in general.

Joe discovered sobriety over 10 years ago and has been a mentor and ally for those suffering addiction.

He is a well-respected and involved member of both the Plymouth and South Boston communities. He served on the Board of Directors of the John Alden Sportsman's Club and was instrumental in the club's charitable efforts in the Plymouth Community, changing the youth of Plymouth's lives for the better. He is the product of a Catholic education and has been married to Debra for 25 years.

Joe is a good man. A good man who made a mistake in a moment of passion. He deserves consideration and leniency.

Your Honor, thank you for your time and consideration.

Sincerely,

Rick Pedrini

Medford, Massachusetts

Honorable Randolph D. Moss,

U.S. District Court

Your Honor,                                                                                      March 2, 2024

I am writing this letter on behalf of Joseph Robert Fisher who is set to appear before your competent court on May 24, 2024.

My name is Denise E Barry, DNP, MSN, RN and I live in South Boston, Ma. I am currently a Boston Public School Nurse and have been since September 1994. I also have worked, for ten years, at Tufts Medical Center.

I have known Joseph Robert Fisher for 45 years. I was 10 years old when I met him. His sister Margaret and I have been best friends since we were ten and still continue to be best friends. He was like a younger brother to me.

I know that Joseph has plead guilty to assaulting an officer and participating in a civil disorder. This is a serious offense that Joseph participated in and I am in full acknowledgement of this case. There is no denying he was there and part of this serious offense.

Although I can't deny the charges he is facing and that he has plead guilty, there is so much more to him that I feel you should know about. He was born and raised in South Boston, Ma like I was. He is the only boy out of five children. Family was everything to him. He always made sure that his mom, dad and sisters were happy and would do anything if they needed his help. He was the protector in the family. Since he was little, he always had goals and wanted to work in law enforcement. He set goals and he fulfilled them. He faced adversity in his life with the trials and errors of his dad. He became the man in the house. The most moving thing I saw in Joseph was when his mom was sick and dying. He stayed with her all the time. He made sure she was never alone. He helped her with her ADL's, gave the medication to her, and sang to her. She loved music and Joseph made sure she continued with the music until her passing.

After the Marathon Bombing, Joseph was not the happy go lucky and full of life friend I had known and loved. That day changed him. He became an introvert and started to drink excessively. I didn't realize that the bombing took over his life and was diagnosed with PTSD. PTSD is real and it can effect a person at different times in their life. They might be okay for a few months but then something triggers them and they become irrational, distraught, and have flashbacks. Joseph took it upon himself to get help for the PTSD and stopped drinking.

Joseph has expressed on numerous occasions that what he did was wrong. He has apologized to his wife, children, siblings and his friends. I personally know that he is remorseful and ashamed for what he did. He not only hurt himself but his family and friends. This situation has especially taken a toll on his wife, children and siblings. He realizes his actions have really affected his entire family.

I genuinely know that Joseph has regretted that day. As his friend, I am here for him. Please contact me at                . I am willing to speak more about Joseph or answer any questions if needed.

Sincerely,

Denise E Barry, DNP, MSN, RN

699 E 6th Street

South Boston, Ma. 02127

May 12, 2024

From: Raymond J. LaFontaine
16 Cleveland Street
Arlington, MA 02474

To:   Honorable Randolph D. Moss
District Court Judge
United States District Court for the District of Columbia
Re: Joseph Robert Fisher

Dear Your Honor,

My name is Raymond J. LaFontaine. I am a financial and supply chain software consultant and trainer and live in Arlington, MA. I am writing to you on behalf of Joseph Fisher whom I have known for approximately 25 years. Though not legally my brother-in-law, he is the brother-in-law of my long-time partner, so I think of him as one and as part of my family.

I come from a law enforcement family (immediate and extended), have friends who are attorneys, and have profound respect for law enforcement and the judicial system. I know Joe has been charged with and pled guilty to serious charges. Knowing him for so long, his offenses were unexpected, saddening, and very disappointing. I am writing to offer the court a glimpse of the Joe I know, someone who is much more than his crimes.

Though Joe is now limited in what he can do physically, he has always there to lend a hand to those in need. For years, Joe helped care for his disabled father-in-law until his passing last summer. He has helped family and friends work on home construction projects, one of which was a roof repair where he fell off a roof which caused severe and life-long damage to his foot. Joe has helped family and friends move, has been a vital role model to his son, daughter and countless nieces and nephews. Joe has often made Christmas dinner at home and then driven 2 hours to deliver it in Connecticut for his family. Joe has a large, spread-out family and for the first 20 years I knew him, never celebrated a Thanksgiving or Christmas at home. Several years back, he told his wife, Debbie, the only gift he wanted that year was to stay home and prepare Thanksgiving dinner for his family. What hit me was not that he wanted to stay home on a holiday but that the gift he wanted most of all was to do something for others. Food is the essence of life and Joe wanted to share that life. My mother is an 83-year-old widow who lives in southern Connecticut. Joe has invited her to everything Thanksgiving he has prepared. Although it's a 10 hour round trip for us, she attends most years. Joe always makes her feel welcome, has conversations with her and makes her feel important. I will forever be grateful to him for that.

Joe is a good person who made terrible decisions. Based on conversations with Joe and observations of him, I know he has a great deal of remorse and is disappointed in himself, as is his family. He is subdued, reflective and knows his decisions and actions showed a serious lack of judgement. I also know that by pleading guilty, he is taking responsibility for his actions and ready to accept the repercussions. Joe is resilient and I have every confidence that he has learned from and will continue to learn from these poor decisions and not make them again. I, and the rest of our family and his friends will be there with our love and support while he works on once again, becoming an upstanding member in his community.

I know Federal Sentencing Guidelines provide Your Honor with sentencing recommendations which can be significant. I hope this letter can go some way in convincing the court that Joe is a good person whose life, work, contributions to his community and accepting responsibility for his actions, warrant leniency.

Should Your Honor have any questions or need additional information, I would be happy to speak with you at your convenience. I listed my contact information.

Respectfully,


Raymond J. LaFontaine

## Hon. Randolph D. Moss, U.S. District Court

March 26, 2024

Your Honor,

My name is Geraldine McMurray. I am a resident of Milton, MA and although currently retired, I worked in the Finance Industry as a Senior Consultant focusing on financial investing and retirement planning. I am aware that Joseph Fisher has pleaded guilty to assaulting a police officer and participating in a civil disorder. I acknowledge the seriousness of his actions on that day but I also know that his actions at the Capitol Building do not accurately reflect Joseph's true character. What I would like to share is the Joseph Fisher that I have known since he was a child.

I grew up as Joseph's next-door neighbor in South Boston. As much as I love my hometown, growing up in South Boston offered many "easy and enticing" opportunities to go down the wrong road particularly for males. *(quitting school, fighting, alcohol/drug abuse, gang activities, etc.).* Yet, Joseph never hesitated in his decisions to do the right thing and stayed out of trouble regardless of any negative impact it had on his personal social life. Joseph stood his ground and completed High School, graduated from College and then joined the Boston Police Department (BPD) with the intent to protect and serve the City of Boston.

As a child and young adult, Joseph was always polite, respectful and quick to offer assistance to neighbors whenever needed like shoveling sidewalks, taking out garbage, running to the store for a sick or elderly-neighbor, or simply taking the time to talk to a neighbor who was looking for a little human interaction. It was no surprise to anyone in the neighborhood that he chose a profession that served his community.

Over the years, I have seen Joseph interact with his wife, children, sisters, nieces/nephews and friends and always in a positive and encouraging manner. I have been around him during multiple situations *(daily activities, celebrations, vacations, funerals)* and he has always presented himself in a friendly, pleasant and calm manner. I have watched him on many occasions, during the Saint Patrick's Day Parade, calmy and professionally handle situations with drunk unruly parade watchers looking to cause trouble. He was always able to quickly resolve the situations with a peaceful resolution.

Joseph was proud to work for the Boston Police Department and was passionate about what he considered a career not just a job. Even when he would talk about tough work situations that he encountered, he wouldn't complain about the job and was pretty empathetic regarding situations that he encountered.

Unfortunately, during his years of service he did encounter some very serious life-threatening situations that ended up having long- term impact on his emotional (PTSD) and physical capabilities which caused him to have to take a disability from the BPD. He loved working for the BPD and working with his co-workers keeping Boston safe. The lack of being part of a fraternity that served the larger good and the outlook of losing his leg, has taken a negative toll on his overall self-worth and mental demeanor.

I hope that when making your decision in regards to Joseph's sentence, that you take into account that Joseph is an overall good human being and has done a lot of positive things throughout his life.

I can be reached at 617-791-0974 for further discussion. I appreciate your time to read this letter.

Sincerely,

Geraldine McMurray